## Maude E. Foy, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 22,877.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. M. L. McKINLEY, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 30, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Maude E. Foy, plaintiff, against the Chicago City Railway Company, defendant, to recover damages for personal injuries due to being struck by one of defendant's street cars. From a judgment for plaintiff for $5,000, defendant appeals.

BUSBY, WEBER and MILLER, ROBERT J. SLATER and ARTHUR J. DONOVAN, for appellant; JOHN R. GUILLIAMS, of counsel.

JAMES C. McSHANE, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1.  STREET RAILROADS, § 97*—*when pedestrian crossing tracks is not guilty of contributory negligence*. A pedestrian who attempts

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

to cross street car tracks at a street intersection, after observing an approaching car which had turned at the terminal one block away and was proceeding on its last trip with the sign "Depot" marked on it, and knows that it is the duty of such car to stop on the same side of the intersecting street that she was proceeding along in crossing the tracks, for awaiting passengers, is not guilty of contributory negligence in attempting to cross the tracks where she was misled because the car came at a rapid rate of speed without warning that it was not going to stop for awaiting passengers.

2.  DAMAGES, § 120*—*when verdict for personal injuries sustained by woman is not excessive.* A verdict for $5,000 *held* not excessive, where a woman thirty-three years old, the mother of three children, was struck by a street car and knocked more than thirty feet away, was unconscious when picked up, was taken to a hospital and stayed there forty-two days, had periodical spells of unconsciousness for two or three days following the accident and was under a doctor's care all of the time, and she sustained a fracture of four ribs, an injury to the knee, a fracture of one of the bones of the pelvis and other injuries, and she was in good health and did her own housework before the accident and was in poor health afterwards and walked slightly lame.